**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 236 MAL 2016
            : 
           Respondent    : 
            :    Petition for Allowance of Appeal from
            :    the Order of the Superior Court
          v.       : 
            : 
            : 
AMRO AYMAN ELANSARI,        : 
            : 
           Petitioner    : 

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.